■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK V. POSADA, Appellant. [615 NYS2d 1007] —Appeal from a judgment of the County Court of Sullivan County (Kane, J.), rendered April 19, 1993, convicting defendant upon his plea of guilty of the crime of manslaughter in the second degree.

Review of the plea colloquy establishes that defendant's guilty plea, which included a waiver of his right to appeal, was knowing, voluntary and intelligent. In the absence of any facts calling into question the validity of the plea and finding no reviewable issues that survive the waiver, we conclude that the judgment of conviction must be affirmed.

Cardona, P. J., Mercure, Casey, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of the Claim of MARION GIUFFRE, Appellant, v SOUTH GENERAL SWISS INTERNATIONAL COMPANY et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. [615 NYS2d 1007] —Appeal from a decision of the Workers' Compensation Board, filed September 28, 1993, which ruled that a lump-sum settlement barred the payment of any further benefits.

Claimant suffered a compensable injury. Her case was closed after she was awarded a lump-sum nonschedule adjustment in the amount of $17,000. Claimant submitted a bill for medical treatment after the case was closed and, upon the objection of the workers' compensation carrier, the Board found that the carrier was not liable. We agree with the Board's conclusion that the record did not establish a change in claimant's condition or degree of disability that would justify reopening of the claim.

Mercure, J. P., White, Casey, Weiss and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.